UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :        02 Cr. 649 (TPG)

    - against -        :        <u>Memorandum</u>

MITCHELL E. MOSALLEM,        :

        Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This is in response to Mr. Mosallem's letter of May 14, 2009. He will continue to have permission to travel to Mexico on family matters, as he has done previously. However, the request to terminate the two-year Supervised Release term after one year, is denied. Supervised Release in no way interferes with Mr. Mosallem's attempts to care for his daughter.

Dated:    New York, New York
            May 18, 2009

                                                  THOMAS P. GRIESA
                                                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/09